# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

COMPREHENSIVE MEDICAL CARE SERVICES P.C. and MICHAEL MAZZEO,

    Plaintiff(s)

vs.                    CASE NUMBER: 1:13-CV-0864

NEW YORK STATE COMMISSION OF CORRECTIONS, et al.,

    Defendant(s).

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED That Magistrate Judge Hummel's July 26, 2013 Report-Recommendation is accepted and adopted in its entirety. The plaintiffs' complaint is DISMISSED for failure to state a claim, and for failure to comply with the order of the Honorable Judge GLENN T. SUDDABY, dated the 15th day of October, 2013.

DATED: December 30, 2013

*[signature]*
Clerk of Court

*[signature]*
Christine Mergenthaler
Deputy Clerk

entered and served 12/30/13 (cm)